09cv7692mins

Civil- (Dec-2008)

HONORABLE: _____

DEPUTY CLERK _____   RPTR/ECRO/TAPE _____

TOTAL TIME: _____ hours _____ minutes

DATE: _____   START TIME: _____   END TIME: _____

LUNCH RECESS   FROM: _____ TO: _____

RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. _____

_____

vs

_____

_____
Plaintiff's Counsel

_____
Defendant's Counsel

**COURTROOM MINUTES- CIVIL**

☐ Motion hearing                    ☐ Show Cause Hearing
☐ Evidentiary Hearing               ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☐ …..# _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..# _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..# _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..# _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..# _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..# _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..# _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..       Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..       Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..       Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….        Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..       ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ ☐ filed ☐ docketed
☐ …………. _____ ☐ filed ☐ docketed
☐ ………… _____ Hearing continued until _____ at _____